UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:17-CV-14079-MIDDLEBROOKS

FRANCIS MARTINEZ,

    Plaintiff,

v.

WEST MARINE PRODUCTS, INC.,
d/b/a WEST MARINE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, FRANCIS MARTINEZ, and Defendant, WEST MARINE PRODUCTS, INC. d/b/a WEST MARINE, by and through their respective undersigned counsels, hereby stipulate that this case be dismissed with prejudice, with each party to bear its/her own fees, costs, and disbursements. The parties request that this Court enter an Order of Dismissal with Prejudice.

Dated: August 14, 2017

| | |
|---|---|
| **WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798 | **GREENBERG TRAURIG, P.A.**<br>333 SE 2nd Avenue<br>Suite 4400<br>Miami, Florida 33131<br>Tel: (305) 579-0500<br>Fax: (305) 579-0717 |
| BY: /s/ Jason S. Weiss<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890 | By: /s/ Robert S. Fine<br>Robert S. Fine<br>FineR@gtlaw.com<br>Florida Bar No. 155586<br>Robert S. Galbo<br>Galbor@gtlaw.com<br>Florida Bar No. 106937 |